

**EXHIBIT A**

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JIMMY GONG
and JIMMY'S SPORTSHOP, INC.

                              Plaintiff,            23-CV-05401 (PKC)(JMW)

        -against-                                   **DEFENDANTS' INITIAL
                                                    DISCLOSURES PURSUANT
LIEUTENANT MARC TIMPANO, individually,              TO FRCP 26(a)**
SERGEANT WILLIAM RUSSELL, individually
and THE COUNTY OF NASSAU,

                              Defendants.
----------------------------------------------------------X
```

Defendants, Lt. Marc Timpano, Sgt. William Russell and the County of Nassau, appearing herein by their attorney, Thomas A. Adams, County Attorney of Nassau County, by Ralph J. Reissman, Deputy County Attorney, as and for their initial disclosures pursuant to Federal Rules of Civil Procedure 26(a), state as follows:

A. The following individuals are likely to have discoverable information that defendants may use to support their defense in this action.

Jimmy Gong



Jia Zeng

Nassau County Police Lt. Marc Timpano
1490 Franklin Avenue
Mineola, New York 11501

Nassau County Police Sgt. William Russell
1490 Franklin Avenue
Mineola, New York 11501

Nassau County Det. Vincent Chiarelli
1490 Franklin Avenue
Mineola, New York 11501

Nassau County Det. Thomas Calvert
1490 Franklin Avenue
Mineola, New York 11501

Nassau County Det. Michael Maloney
1490 Franklin Avenue
Mineola, New York 11501

Nassau County Det. Joseph Paduano
1490 Franklin Avenue
Mineola, New York 11501

Nassau County Det. Michael Wall
1490 Franklin Avenue
Mineola, New York 11501

Nassau County Det. Michael Dunn
1490 Franklin Avenue
Mineola, New York 11501

Nassau County Det. John James
1490 Franklin Avenue
Mineola, New York 11501

Nassau County Det. Patrick Rail
1490 Franklin Avenue
Mineola, New York 11501

Nassau County Det. Lance Zimmerman
1490 Franklin Avenue
Mineola, New York 11501

Nassau County Det. Justin Moore
1490 Franklin Avenue
Mineola, New York 11501

Nassau County Assistant District Attorney Jeremy Glicksman
262 Old County Road
Mineola, New York 11501

Trijicom
49385 Shafer Avenue
P. O. Box 930059
Wixom, Michigan

EOtech
46900 Port Street
Plymouth, Michigan 48170

  B. Pursuant to Rule 26(A)(1)(a)(ii) of the Federal Rules Civil Procedure, defendants describe the following documents and tangible things defendants have in their possession which defendants may use to support their defenses: (1) Files maintained by the Nassau County Police Department, 1490 Franklin Avenue, Mineola, New York 11501, copies of which may be made available for inspection and copying by plaintiff, and (2) Files maintained by the Nassau County District Attorney's Office, 262 Old Country Road, Mineola, New York 11501, copies of which may be made available for inspection and copying by plaintiff, or may be produced by counsel in the process of pretrial discovery.

  C. Computation of damages by disclosing party: Not applicable.

  D. Insurance information: Not applicable.

  Defendants reserve the right to revise and/or supplement the foregoing disclosures as information becomes available during the course of litigation.

Dated: Mineola, New York
November 6, 2023

                **THOMAS A. ADAMS**
                Nassau County Attorney
                Attorney for Defendants

                By: /s/ Ralph J. Reissman
                  RALPH J. REISSMAN
                  Deputy County Attorney
                1 West Street
                Mineola, New York 11501
                (516) 571-3046