UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE  DATE: 01/16/2024
　　　　　　　　　　　　　　　　　　　　　　　　　　　　TIME: 11:00 AM
　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ SEALED PROCEEDING

**CIVIL CAUSE FOR STATUS CONFERENCE**
**CASE: 2:23-cv-05401-PKC-JMW-Gong et al. v. Timpano et al.**

APPEARANCES:

　　For Plaintiff:　　　Neil S. Torczyner

　　For Defendant:　　Ralph J. Reissman

Court Reporter/FTR:　　11:03-11:10 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒　Status Conference held.

☒　The parties advised the Court of the status of this case.

☒　Plaintiff's Second Motion to Compel (ECF No. 17) is hereby **granted**. The County is directed to: (i) supplement their Rule 26 disclosures and (ii) produce and respond to all outstanding interrogatories and documents demands on or before **February 9, 2024**. A joint status report shall be filed on ECF on or before **February 14, 2024**.

　　THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

　　　　　　　　　　　　　　　　　　　SO ORDERED
　　　　　　　　　　　　　　　　　　　/s/ *James M. Wicks*
　　　　　　　　　　　　　　　　　　　JAMES M. WICKS
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge