FILED
CLERK
July 2, 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JIMMY GONG and JIMMY's SPORTSHOP INC.,

                              Plaintiffs,

-against-

LIEUTENANT MARC TIMPANO, individually,
SERGEANT WILLIAM RUSSELL, individually,
and COUNTY OF NASSAU,

                              Defendants.
-----------------------------------------------------------------X

Docket No.:
23-cv-05401 (PKC)(JMW)

(~~PROPOSED~~) ORDER DIRECTING THE DEFENDANTS' PRODUCTION OF SUPPLEMENTAL DISCOVERY

Following the Status Conference held on June 26, 2024, and the Minute Order for the proceedings issued by Magistrate Judge James W. Wicks and docketed on June 26, 2024 (Doc. No. 28), it is

**ORDERED,** that Defendants, by July 12, 2024, in accordance with Plaintiffs' Deficiency Letter dated April 12, 2024, shall supplement their answers to the Plaintiffs' Demand for Interrogatories served November 13, 2023, which are identified and numbered as:

    1)     Interrogatories numbered "2," "3," "4," "5," and "6" as directed against, Defendants, Lieutenant Marc Timpano ("Timpano") and Sergeant William Russell ("Russell").

    2)     Interrogatory number 7 as directed against Russell.

    3)     Interrogatories numbered "8," "9," "10," "11," and "12" as directed against Timpano; and

    4)     Interrogatories numbered "2", "3", "4", "5", "6", "7", and "8" as directed against defendant, County of Nassau ("County"); and it is further

**ORDERED,** that Defendants, by July 12, 2024, in accordance with Plaintiffs' Deficiency Letter dated April 12, 2024, shall supplement their responses to the Plaintiffs' First Requests for

AL/D454656/L3489

Production served November 13, 2023, which are identified and numbered as "4", "5", "6", "7", "8", "9", "10", "21", "22", "23", "24", "54", and "55".

Dated: July 2, 2024
Central Islip, New York

SO ORDERED:

HON. JAMES M. WICKS
United States District Judge

AL/D454656/L3489