UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE  DATE: 02/07/2025
TIME: 12:00 PM
☐ SEALED PROCEEDING

## CIVIL CAUSE FOR STATUS CONFERENCE
CASE: 2:23-cv-05401-SJB-JMW-Gong et al. v. Timpano et al.

APPEARANCES:

    For Plaintiff: Gustave Paul Passanante

    For Defendant: Ralph J. Reissman

Court Reporter/FTR: 12:01-12:10 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒ Status Conference held.

☒ Counsel for Plaintiff is directed to send to Counsel for Defendant the Proposed Amended Complaint on or before **February 21, 2025**. Counsel for Defendant shall file a letter on ECF on or before **February 28, 2025** addressing whether or not defendants stipulate to the Amended Complaint.

☒ On or before March 21, 2025, all depositions shall be completed. Fact Discovery shall be completed on or before **April 4, 2025.** The last date to take the first steps towards summary judgment motion practice shall be on or before **May 9, 2025** in accordance with the Hon. Sanket J. Bulsara's Individual Civil and Criminal Rules.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

SO ORDERED
/s/ *James M. Wicks*
JAMES M. WICKS
United States Magistrate Judge