

GUSTAVE PASSANANTE
DIRECT TEL.: 516-355-9671
DIRECT FAX: 516-355-9601
GPASSANANTE@HKPLAW.COM

February 28, 2025

**VIA ECF**
Magistrate Judge James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Gong et al v. Timpano et al*
            Docket No.: 23-cv-5401(SJB)(JMW)

Dear Magistrate Judge Wicks:

    The office is counsel to plaintiffs Jimmy Gong and Jimmy's Sportshop Inc. ("Plaintiffs") in the above-referenced matter. We submit this letter regarding the Plaintiffs' Amended Complaint.

    Pursuant to the Court's Minute order on February 7, 2025 (ECF Doc. 39), Defendants' counsel was asked to submit a letter addressing whether or not Defendants stipulate to the Amended Complaint. I write today to advise that I have spoken to Defendants' counsel, Ralph Reissman, Esq., who has indicated that Defendants consent to the proposed Amended Complaint that was shared with him.

    Defendants' counsel is currently recovering from a medical procedure which is the reason why Plaintiffs' counsel is submitting this letter instead of Defendants' counsel. Plaintiffs' counsel shall file Plaintiffs' Amended Complaint herewith.

    The Court's attention to this matter is greatly appreciated.

                Respectfully submitted,
                HARFENIST KRAUT & PERLSTEIN, LLP

                By:    *Gustave Passanante*
                           Gustave Passanante

GP/
cc:    Counsel for Defendants (via ECF)

3000 MARCUS AVENUE, SUITE 2E1
LAKE SUCCESS, NY 11042
T – 516.355.9600 F – 516.355.9601

2975 WESTCHESTER AVENUE, SUITE 415,
PURCHASE, NY 10577
T – 914.701.0800 F – 914.708-0808.